## Second Department, November, 1938.
### (November 4, 1938.)

George L. Albert, Appellant, v. Jerome Fiske Collins, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

Bankers Trust Company, as Trustee, etc., Appellant, v. The City of Yonkers, Joseph F. Loehr, as the Mayor of the City of Yonkers, and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

Salvatore Barbato, Respondent, v. Candido Iorio, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

Walter B. Milkman, Trustee in Bankruptcy of A. J. Russell Motor Sales Corporation, Appellant, Respondent, v. Bishop, McCormick & Bishop, Respondent, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

Freda Thomas Weitzer, Appellant, v. Philip Weitzer, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.